SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES



# Court of Appeals
# First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx

August 13, 2015

Harris County District Clerk's Office - Criminal
Harris County District Clerk - Criminal
1201 Franklin, Ste 3180
Houston, TX 77002
* DELIVERED VIA E-MAIL AND MESSENGER *

**Attn:** **Barbara Anderson**
**RE:**   **Court of Appeals Number:** 01-15-00399-CR   **Trial Court Case Number:** 1391752

**Style:** Dene Ray McCarter v. The State of Texas

Pursuant to this Court's July 14, 2015 order, **Exhibits 1, 30, and 66 (CDs)** were ordered filed for our review during the pendency of the appeal.

Pursuant to 1997 Supreme Court Order B.4, **Exhibits 1, 30, and 66 (CDs)** are being returned to the District Clerk's Office.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Ora Patterson, Deputy Clerk

** **PLEASE SIGN AND RETURN TO THE FIRST COURT OF APPEALS.**

Received by: _B. Anderson_          Date: _8-14-15_